IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY SWAIN                                                                                       PLAINTIFF

V.                              No. 3:07CV00121 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## ORDER

On Motion of Defendant, his time for filing Defendant's Reply Brief, or otherwise move, is hereby extended to and including March 10, 2008.

DATED this 28th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE