**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


BILLY SWAIN                                                                                    PLAINTIFF

V.                                      NO. 3:07CV00121 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                        DEFENDANT


## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED,

AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the

Commissioner, and remanding this case to the Commissioner for further proceedings pursuant

to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of July, 2008.


_____
UNITED STATES MAGISTRATE JUDGE